IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RICARDO QUINTANA,
    Petitioner,

vs.                                                          Case No.: 3:05cv359/LAC/EMT

DONALD F. BAUKNECHT,
    Respondent.
_____/

## O R D E R

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated March 30, 2006. Petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).

    Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2. Petitioner's petition for writ of habeas corpus (Doc. 1) is **DENIED** with prejudice.

**DONE AND ORDERED** this 2nd day of May, 2006.

                                                                                s/*L.A. Collier*
                                                                                **LACEY A. COLLIER**
                                                                                 **SENIOR UNITED STATES DISTRICT JUDGE**